1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

# EASTERN DISTRICT OF CALIFORNIA

10

# SACRAMENTO DIVISION

11
12

| | |
|---|---|
| 13 STRIKE 3 HOLDINGS, LLC, | Case No.: 2:22-00156-TLN-CKD |
| 14          Plaintiff, | |
| 15 vs. | [PROPOSED] ORDER |
| 16 JOHN DOE subscriber assigned IP address 104.220.95.191, | |
| 17          Defendant. | |
| 18 | |

19      THIS CAUSE came before the Court upon Plaintiff's status report (ECF

20 No. 5) and application for entry of an Order extending the time within which to

21 effectuate service on John Doe Defendant with a summons and Complaint (ECF

22 No. 6). Good cause appearing, IT IS ORDERED:

23      1.  Plaintiff's application (ECF No. 6) is granted; Plaintiff shall have up to

24 and including June 24, 2022 to effectuate service of a summons and Complaint on

25 Defendant; and

26      ///

27      ///

28                                        1

2.  Plaintiff shall file a further status report no later than July 8, 2022.

Dated:  April 26, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8.stri0156.36serv

2